PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiffs
JOHN DALTON and KATHERINE DALTON

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant
HOME AWAY INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DALTON and KATHERINE DALTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOME AWAY INC.<br><br>    Defendant. | Case No. 1:21-cv-01722-AWI-HBK<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] TO CONTINUE DEADLINE TO DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |

## STIPULATION

Plaintiffs JOHN DALTON and KATHERINE DALTON ("Plaintiffs") and Defendant HOME AWAY INC. ("Defendant") (collectively, "the Parties") hereby stipulate and request that the Court continue the deadline for Defendant to respond to Plaintiff's Second Amended Complaint and set the proposed briefing schedule for any Motion to Dismiss.  This request is based on the following good cause:

1. Plaintiffs filed their Second Amended Complaint on October 26, 2022.  Dkt. No. 24.

2. The deadline for Defendant to respond to Plaintiff's Second Amended Complaint is November 16, 2022.

3. Plaintiffs' counsel is dealing with an ongoing family medical emergency which will require significant time away from the office in the coming weeks.  The situation calls for surgical decisions, long term care, and potentially hospice for a family member. Additionally, the approaching holidays make scheduling difficult.

4. The Parties jointly stipulate and request that the Court continue the deadline for Defendant to respond to the Second Amended Complaint and set the following briefing schedule for any Motion to Dismiss.

   a. Deadline for Defendant to file a response to the Complaint: January 4, 2023.

   b. Deadline for Plaintiffs to file an Opposition to any Motion to Dismiss: January 17, 2023.

   c. Deadline for Defendant to file a Reply to Plaintiff's Opposition to Motion to Dismiss: January 24, 2023

**IT IS SO STIPULATED.**

Dated:  November 14, 2022          REIN & CLEFTON

                                                        */s/ Aaron M. Clefton*
                                   By:  AARON M. CLEFTON, ESQ.
                                   Attorneys for Plaintiff
                                   JOHN DALTON and KATHERINE DALTON


Dated November 14, 2022            STILLMAN AND ASSOCIATES

                                                        */s/ Philip H. Stillman*
                                   By:  PHILIP H. STILLMAN, ESQ.
                                   Attorneys for Defendant
                                   HOME AWAY, INC.

## [PROPOSED] ORDER

For GOOD CAUSE SHOWN, it is so ORDERED. The deadline for Defendant to respond to the Second Amended Complaint is continued to the January 4, 2023, and the briefing schedule for any motion to dismiss is set as follows:

a. Deadline for Plaintiffs to file an Opposition to any Motion to Dismiss: January 17, 2023.

b. Deadline for Defendant to file a Reply to Plaintiff's Opposition to Motion to Dismiss: January 24, 2023.

IT IS SO ORDERED.

Dated:   November 16, 2022                    _____
                                              SENIOR  DISTRICT  JUDGE