PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiffs
JOHN DALTON and KATHERINE DALTON

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant
HOME AWAY INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DALTON and KATHERINE DALTON,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>HOME AWAY INC.<br><br>　　　　Defendant. | Case No. 1:21-cv-01722-AWI-HBK<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] TO CONTINUE DEADLINE TO DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |

## STIPULATION

Plaintiffs JOHN DALTON and KATHERINE DALTON ("Plaintiffs") and Defendant HOME AWAY INC. ("Defendant") (collectively, "the Parties") hereby stipulate and request that the Court continue the deadline for Defendant to respond to Plaintiff's Second Amended Complaint and set the proposed briefing schedule for any Motion to Dismiss.  This request is based on the following good cause:

1. Plaintiffs filed their Second Amended Complaint on October 26, 2022.  Dkt. No. 24.

2. The deadline for Defendant to respond to Plaintiff's Second Amended Complaint is January 4, 2023.

3. Plaintiffs' counsel is dealing with an ongoing family medical emergency which will require significant time away from the office in the coming weeks. The situation calls for surgical decisions, long term care, and potentially hospice for a family member.

4. Additionally, the Parties would like additional time to discuss potential settlement of this action prior to expending significant time and expense for fully briefing any motion to dismiss Plaintiffs' Second Amended Complaint.

5. The Parties jointly stipulate and request that the Court continue the deadline for Defendant to respond to the Second Amended Complaint and set the following briefing schedule for any Motion to Dismiss.

    a. Deadline for Defendant to file a response to the Complaint: February 3, 2023.

    b. Deadline for Plaintiffs to file an Opposition to any Motion to Dismiss: February 17, 2023.

    c. Deadline for Defendant to file a Reply to Plaintiff's Opposition to Motion to Dismiss: February 24, 2023

**IT IS SO STIPULATED.**

Dated:  December 19, 2022     REIN & CLEFTON

*/s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
JOHN DALTON and KATHERINE DALTON

Dated: December 19, 2022     STILLMAN AND ASSOCIATES

*/s/ Philip H. Stillman*
By:  PHILIP H. STILLMAN, ESQ.
Attorneys for Defendant
HOME AWAY, INC.

# [~~PROPOSED~~] ORDER

For GOOD CAUSE SHOWN, it is so ORDERED.  The deadline for Defendant to respond to the Second Amended Complaint is continued to the February 4, 2023, and the briefing schedule for any motion to dismiss is set as follows:

a. Deadline for Plaintiffs to file an Opposition to any Motion to Dismiss: February 17, 2023.

b. Deadline for Defendant to file a Reply to Plaintiff's Opposition to Motion to Dismiss: February 24, 2023.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   December 19, 2022                    _____
                                                                           SENIOR  DISTRICT  JUDGE