UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DALTON and KATHERINE DALTON,**<br><br>**Plaintiffs**<br><br>v.<br><br>**HOME AWAY INC.,**<br><br>**Defendant** | **CASE NO. 1:21-CV-1722 AWI BAK**<br><br>**ORDER TO SHOW CAUSE** |

This is a disability discrimination lawsuit. The active complaint is the Second Amended Complaint ("SAC"). Through two stipulations, see Doc. Nos. 25, 27, Defendant had until February 3, 2023 to respond to the SAC, Plaintiffs had until February 17, 2023 to respond to any motion to dismiss, and Defendant had until February 24, 2023 to reply to any opposition. See Doc. No. 28. To date, Defendant has filed no response of any kind to the SAC. The only filing that has occurred since the deadlines involving the SAC were set is a change of address notification on February 27, 2023, by one of Plaintiff's counsel. See Doc. No. 29. Further, no scheduling conference has occurred, and no scheduling order has been issued. Considering that the deadlines to respond to the SAC have passed and no party has made any substantive filings, and considering that in the absence of a scheduling order this case is at a stand still, it is appropriate for the parties to show cause why this case should not be dismissed for failure to prosecute.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten (10) days of service of this order the parties, either jointly or separately, shall show cause in writing why this case should not be closed for failure to prosecute; and
2. The failure of the parties to timely file a response shall be construed as a consent to closing this case for failure to prosecute.

IT IS SO ORDERED.

Dated: __March 7, 2023__   _____
SENIOR DISTRICT JUDGE

2