| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DALTON and KATHERINE DALTON, | | Case No. 1:21-cv-01722-JLT-HBK |
| | Plaintiffs, | ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT |
| v. | | (Doc. No. 43) |
| HOME AWAY, INC., | | |
| | Defendant. | |

Pending before the Court is Plaintiffs' Motion for Leave to File Third Amended Complaint filed on September 5, 2023. (Doc. No. 43, Motion). Plaintiffs seeks leave to file a third amended complaint to identify "every architectural barrier to access that Plaintiffs seek to remediate" based upon Plaintiffs' recent site inspection. (*Id*. at 2, 4). Plaintiffs attach a redlined version of the proposed third amended complaint. (Doc. No. 43-1, Exhibit A). On October 10, 2023, Defendant filed a Notice of Non-Opposition to the Motion. (Doc. No. 46).

Plaintiffs' Motion was timely filed by the deadline in the Case Management and Scheduling Order. (Doc. No. 40). The Motion attaches a proposed third amended complaint as required by Local Rule 137(c). Rule 15 governs amended complaints and supplemental pleadings. Fed. R. Civ. P. 15. Relevant here, Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court

should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).   Defendant does not oppose Plaintiffs' Motion.  (Doc. No. 46).

Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion for Leave to File Third Amended Complaint (Doc. No. 43) is GRANTED.

2. Plaintiffs shall file their Third Amended Complaint within seven (7) days of the date on this Order.

3. Defendant shall file a response to Plaintiffs' Third Amended Complaint within fourteen (14) days after its filing.  Fed. R. Civ. P. 15(a)(3).

Dated:   October 11, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE